STATE OF KANSAS, *Appellee,* v. PAUL LEWIS BLUMENSHINE, *Appellant.*

No. 48,599

Opinion filed June 11, 1977.

*Ray Hodge,* of Hodge, Wood and Wilson, of Wichita, was on the brief for the appellant.

*Curt T. Schneider,* attorney general, *Vern Miller,* district attorney, and *Stephen E. Robison,* assistant district attorney, were on the brief for the appellee.

*Per Curiam:* Affirmed.